UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff,　　　　　　　　）　　Case No. 3:19-cr-0008 DmC
　　　　　　　　　　　　　　　　　　　）　　3:19-mj-0030DMC
　　　　v.　　　　　　　　　　　　　　）
Francisco Villalobos Farias　　　）　　RELEASE ORDER NO. _____
　　　　　　　　　　　　　　　　　　　）
_____）　　ORDER FOR RELEASE OF
　　　　　　Defendant.　　　　　　　　）　　PERSON IN CUSTODY

TO:　　UNITED STATES MARSHAL:

　　　　This is to authorize and direct you to release Francisco Villalobos Farias

_____, Case No. 3:19-mj-0030DMC ,

Charge 43 CFR 8365.1-4(b)(i), Cultivating, manufacturing or distributin
a controlled substance on federal lands
from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

　　　　　_____Release on Personal Recognizance

　　　　　_____Bail posted in the sum of $_____

　　　　　_____Unsecured Appearance Bond

　　　　　_____Appearance Bond with 10% Deposit

　　　　　_____Appearance Bond with Surety

　　　　　_____Corporate Surety Bail Bond

　　　　　__X___(Other) Defendant is released to ICE

　　　　　_____

　　　　This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

　　　　Issued at Redding, California on October 18, 2019

19_____ at 2:00 a.m./p.m.

By _____
United States District Judge or
United States Magistrate

Original - U.S. Marshal